ROCKFELLER *v.* DONELLY, 8 Cow. 727.

In S. Ct. 4 Cow. 253.

*Evidence against Sureties in Bastardy Bond ; Damages.*

THE Supreme Court held in this case, that an action on a bond given by a putative father and his sureties to the over-seers of the poor, to indemnify the town against the mainten-ance of a bastard child, will not lie unless the overseers show that they have been damnified by an *actual payment of money* or other disbursement in support of the child, and that a *mere liability to maintain the child* is not sufficient.

2. That an *order of filiation* against the putative father charging him with a weekly payment of money, or payment of money for past expenses, &c., is not admissible evidence in support of such an action.

The Court of Errors (Jones, Chancellor, delivering an elaborate opinion,) *reversed* the judgment of the Supreme Court, and held,

1. That a bond to *indemnify* a town concerning a bastard child, given pursuant to the statute, (1 R. L. 306,) is broken, and an action may be maintained upon it as soon as the town becomes *liable or bound to maintain the child.*

2. That the action may be maintained upon it without *ac-tual disbursement, advance or payment* by the town ; and

3. That the order of filiation and maintenance, made in pursuance of the first section of the act, against the putative father, is *per se, conclusive evidence* to sustain the action, even against the sureties, and may be used to fix the *amount of damages.*

Judgment *reversed.*